FILED

JAN 20 2016

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Criminal No. 3:16cr3 |
| v. | Violations: 18 U.S.C. § 2261A(2) |
| VICTOR L. ANDERSON, | |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

(Stalking)

From on or about June 24, 2013 until on or about the date of the return of this Indictment, in Berkeley, Jefferson and Morgan Counties, within the Northern District of West Virginia, and elsewhere, the defendant, **VICTOR L. ANDERSON**, with the intent to injure, harass, and cause substantial emotional distress to a person, used the mail, and any interactive computer service being facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to the

1

victim, "TB," a former intimate partner of **VICTOR L. ANDERSON**; in violation of Title 18, United States Code, Sections 2261A(2).

FILED
JAN 2 0 2016
U.S. DISTRICT COURT-WVN
MARTINSBURG, WV 25401

A true bill,

/s/
Grand Jury Foreperson
(Signature on File)

/s/
William J. Ihlenfeld, II
United States Attorney

Paul T. Camilletti

2